FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CHUKWUMA E. AZUBUKO - Plaintiff v. FEDERAL REPULIC OF JAMAICA - Defendant | CIVIL ACTION NUMBER: 98-164-T |

**PLAINTIFF'S MOTION FOR NEW TRIAL/HEARING**

By and large, when the case filed and wobbled [over] adjudicatorily, the Plaintiff was significantly green at the law. In a state of grace, the Plaintiff would rise up to the occasion if there were any legal doctrine/s, which would be invoked to kill the fruition of the head.

Consequently, the Plaintiff would like the Court to act in keeping with the head when most convenient. The importance of the rule of law would not be over-emphasized. The Plaintiff should not be seen as a crier for legal or judicial moon. The truth could be tested! [28 USC Section 2515] Although there was no hearing, the Plaintiff wished there was a law entitled 'New hearing on paper committal.' The Court dismissed the case very precociously. Was that amongst the scientific approach to conflict resolution or respect of the oath of office, in terms of upholding the Law and Constitution of the United States (Equal Protection and Due Process Clauses)? The nail was being hit on the head. Of course, 'nobody is allergic to justice and just like no one is allergic to water.'

**Respectfully submitted from Boston – Massachusetts – on Monday – October 10th – 2005.**

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 2654 6291

DENIED
Ernest C. Torres
Chief, US District Judge
11/1/05