**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AZUBUKO - Plaintiff<br><br>v.<br><br>FEDERAL REPUBLIC OF JAMAICA - Defendant | CIVIL ACTION NUMBER: 98-164-T |

**PLAINTIFF'S MOTION FOR THREE-JUDGE DISTRICT COURT**

The Plaintiff received the Court's denial of the 'Plaintiff's Motion for New Trial/Hearing' dated November 1st and postmarked self-same date on Friday – November 4th – 2005. Consequently, the Plaintiff prayed the Court to act in keeping with the heading. Of course, the prayer matched with the law! [28 U.S.C. Section 2284]

**CONCLUSION**

The Plaintiff was entitled for Equal Protection and Due Process Clauses as provided in the United States' Constitution. Anything contrary to that was tantamount to corruption of administration of justice or abuse of discretion. The Defendant was not above the law of the land. Glory, lately United States' Court/s had entered judgment in favor of relatives of those who were held as hostages. Indeed, the Plaintiff's standing in the case was not disputable. In essence, it was as plain as the nose had been in the face. Hopefully, "Justice will be done and be seen to be done," at all material times!