**UNITED STATES' DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AZUBUKO, ET AL. - Plaintiffs<br><br>v.<br><br>FEDERAL REPUBLIC OF JAMAICA Defendant | CIVIL ACTION NO. 98-164-T |

**NOTICE OF APPEAL – FIRST CIRCUIT**

The Plaintiffs did receive the Court's denial order dated December 13th – 2005 and prayed the Court to act in keeping with the head.

CHUKWUMA E. AZUBUKO & OTHERS,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

**Dated: 12/30/2005**