UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 2, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***CA 98-164T Chukwu E. Azubuko v. Federal Republic of Jamaica***

Dear Clerk:

Enclosed you will find the Notice of Interlocutory Appeal and certified copies of relevant documents as well as a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY:
Lucia Cristina Leyva
DEPUTY CLERK

encl. APPEAL COVER SHEET; APPEAL COVER LETTER; CERTIFIED COPIES OF THE FOLLOWING: NOTICE OF INTERLOCUTORY APPEAL(DOC. #25); DOC # 1 :COMPLAINT; DOC.#9: MEMORANDUM AND ORDER SIGNED BY M.J. MARTIN 1/12/99; DOC #11: ORDER DENYING MOTION FOR RECONSIDERATION; DOC. #14 PLAINTIFF'S PANORAMIC SHOW CAUSE ESTABLISHMENT AS ORDERED BY THE COURT; DOC. #15: ORDER OF DISMISSAL SIGNED 6/18/99 BY JUDGE E. TORRES; DOC. #23: PLAINTIFF'S MOTION FOR THREE-JUDGE DISTRICT COURT; DOC. #24: ORDER DENYING MOTION FOR THREE JUDGE DISTRICT COURT SIGNED 12/13/05 BY JUDGE E. TORRES; COPY OF DOCKET.