98-00164
USDCRI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1257

CHUKWUMA E. AZUBUKO,

Plaintiff, Appellant,

v.

THE FEDERAL REPUBLIC OF JAMAICA,

Defendant, Appellee.

---

Before

Lynch, Circuit Judge,
Campbell and Selya, Senior Circuit Judges.

---

JUDGMENT

Entered: May 10, 2007

Appellant Chukwuma E. Azubuko appeals from a district court judgment denying his motion for a three judge district court (which motion was filed over six years after the district court had entered final judgment). For the following reasons, this judgment must be affirmed. First, appellant is not entitled to a three judge district court. See 28 U.S.C. § 2284(a). Second, treating the motion as asking for reconsideration under Fed. R. Civ. P. 60(b) does not help appellant because the motion was not filed within "a reasonable time" as required by this Rule. In any event, appellant's brief on appeal just rehashes the merits of the district court's original judgment dismissing the case, and "an appeal from the denial of a Rule 60(b) motion is not a surrogate

for a seasonable appeal of the underlying judgment." See Karak v. Bursaw Oil Corp., 288 F.3d 15, 19 (1st Cir. 2002).

Summarily Affirmed. See Local Rule 27.0(c). All pending motions are denied as moot.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 10/12/07

[cc: Chukwuma Azubuko]